**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KHALEEF JONES | CIVIL ACTION |
| v. | NO. 2:23-cv-00751 |
| VISIONQUEST NATIONAL, LTD. | |

**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT,**
**VISIONQUEST NATIONAL, LTD**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant VisionQuest National, LTD. certifies that this party is a nongovernmental corporate party and that it does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Respectfully submitted,

**DEASEY, MAHONEY & VALENTINI, LTD.**

BY: _____
GERALD J. VALENTINI, ESQUIRE
MICHAEL P RAUSCH, ESQUIRE
J.D. FEENANE, ESQUIRE
Counsel for Defendant,
VisionQuest National, LTD
1601 Market Street, Suite 3400
Philadelphia, PA  19103
(215) 587-9400/(215) 587-9456 – fax

Dated: February 28, 2023

**CERTIFICATE OF SERVICE**

I, Gerald J. Valentini, Esquire, counsel for Defendant, VisionQuest National, LTD., hereby certify that a true and correct copy of the foregoing Rule 7.1 Corporate Disclosure Statement was filed electronically and is available for viewing and downloading from the ECF system.

Respectfully submitted,

**DEASEY, MAHONEY & VALENTINI, LTD.**

BY:_____
    GERALD J. VALENTINI, ESQUIRE

Dated: December 15, 2022